NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN M. SABOW, )
)
      Appellant/Cross Appellee, )
)
v. )      Case No. 2D17-1470
)
KB BROOKSVILLE, LLC, a Florida )
Limited Liability Company; and )
BOULDER VENTURE SOUTH, LLC, )
)
      Appellees/Cross Appellants. )
_____)

Opinion filed December 5, 2018.

Appeal from the Circuit Court for Pinellas
County; John A. Schaefer, Judge.

Samuel J. Heller of Heller Law, PLLC, St.
Petersburg, for Appellant/Cross Appellee.

Marion Hale and Sharon E. Krick of
Johnson, Pope, Bokor, Ruppel, & Burns,
LLP, Clearwater, for Appellees/Cross
Appellants.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and KHOUZAM and BADALAMENTI, JJ., Concur.